## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Gerardo Villamil, Plaintiff

v.

American Litho, Incorporated and Michael Fontana, individually, Defendants

Case No. 1:17-cv-04925

The Honorable Manish S. Shah

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff requests the dismissal of all claims with prejudice against all Defendants. Defendants have not served an answer or a motion for summary judgment in this matter.

Respectfully submitted on Thursday, August 24, 2017.

**Bryan Pacheco**
*Counsel for the Plaintiff*

Consumer Law Group, LLC
6232 North Pulaski Road
Suite 200
Chicago, Illinois 60646
312-445-9662
bpacheco@yourclg.com